NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE MEDICINES COMPANY,**
*Plaintiff-Appellee,*

v.

**DAVID J. KAPPOS, UNDERSECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE, UNITED STATES PATENT AND TRADEMARK OFFICE, MARGARET A. HAMBURG, COMMISSIONER, UNITED STATES FOOD AND DRUG ADMINISTRATION, UNITED STATES FOOD AND DRUG ADMINISTRATION, KATHLEEN SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, AND DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
*Defendants-Appellees,*

v.

**APP PHARMACEUTICALS, LLC,**
*Movant-Appellant.*

---

2010-1534

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 10-CV-0286, Senior Judge Claude M. Hilton.

---

## ON MOTION

---

## ORDER

PLIVA Inc. moves without opposition for leave to file a brief amicus curiae in support of the movant-appellant. PLIVA HRVATSKA d.o.o. moves without opposition for leave to file a substitute amicus brief. Separately, The Medicines Company (MDCO) moves for a 30-day extension of time, until May 18, 2011 to file its brief. APP Pharmaceuticals, LLC opposes. MDCO replies.

A motion for leave to file a brief amicus curiae is unnecessary if unopposed or if the brief is filed on consent. Fed. Cir. R. 29(c).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) PLIVA Inc.'s motion for leave to file a brief amicus curiae is denied as moot. PLIVA HRVATSKA's motions are denied as unnecessary. PLIVA HRVATSKA's brief amicus curiae is accepted for filing.

(2) MDCO's motion for an extension of time is granted.

FOR THE COURT

APR 0 5 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 05 2011

JAN HORBALY
CLERK

cc:  Peter D. Keisler, Esq.
     Michael D. Shumsky, Esq.
     Emily A. Evans, Esq.
     Jeanne E. Davidson, Esq.

s20